UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOANN GABBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:10CV02441 AGF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for attorney's fees in the amount of $3,861.33, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18.) Plaintiff is the prevailing party in her action challenging the Commissioner of Social Security's denial of her application for Disability Insurance Benefits and Supplemental Security Income. Her request for fees is supported by appropriate documentation, and the Commissioner states that he does not object to the amount of fees sought. Upon review of the record, the Court finds that the fee request is reasonable. The fees, however, must be paid directly to Plaintiff, pursuant to *Ratliff v. Astrue*, 130 S. Ct. 2521 (2010).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for attorney's fees (Doc. 18) is **GRANTED in part**. Plaintiff shall be awarded attorney's fees in the amount of

$3,861.33, to be paid by the Social Security Administration directly to Plaintiff.

```
                              _____
                              AUDREY G. FLEISSIG
                              UNITED STATES DISTRICT JUDGE
```

Dated this 15th day of June, 2011.